# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

~~Francis Nekvasil~~  
Kimberly Goodson

~~Reg. No. 11525-040~~  
Reg. No. 07658-032

*(Enter above the full name of the plaintiff or plaintiffs in this action).*

*(Inmate Reg.# of each Plaintiff)*

**VERSUS**

CIVIL ACTION NO. 1:06-0305  
*(Number to be assigned by Court)*

Neil Rehberg (Clinical Director)

James A. Blankenship (Health Service Administrator)

Deborah Hickey (Warden)

Morice Meeghagen (Captain)

*(Enter above the full name of the defendant or defendants in this action).*

**FILED**  
APR 27 2006  
TERESA L. DEPPNER, CLERK  
U.S. District Court  
Southern District of West Virginia

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ___   No _XXX_

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county): _____

   _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** Alderson Federal Prison Camp

    A. Is there a prisoner grievance procedure in this institution?

        Yes XX      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ____      No XX

    C. If your answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: Because the Administrative Process Does NOT work! My Attorney advised me NOT to do it!

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Francis Nekvasil (Reg. No. 11525-040)

        Address: Alderson, West Virginia

    B. Additional Plaintiffs and Address: Kimberly Goodson (Reg. No. 07658- Alderson, West Virginia

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant __Neil rehberg__

is employed as __Clinical Director__

at __BOP Alderson, West Virginia__

D. Additional defendants: __James A. Blankenship (Health Service Administrator) BOP Alderson, West Virginia, Deborah Hickey (Warden BOP Alderson West Virginia, Morice Meeghagen ( Warden BOP Alderson, West Virginia, BOP Staff Of Alderson, West Virginia__

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

Prison officials have been deliberate indifference to serious medical needs and or ATTENTION! Inadequate prison health care rises to violation of Eighth Amendment Rights. Right to medical treatment is found in due process clause or in equal protection clause! I also have a right to be free from cruel and unusual punishment. There is a pattern of repeated negligent acts by prison officials and medical staff of such systematic and gross deficiencies in staffing, facilities, equipment or procedures as to deny medical care for myself and other inmates access to adequate medical care. Under Eighth Amendment it is stated when prison officials intionally deny access to medical care or interference with proscribed treatment of prisioners is clearly in violation of Eighth Amendment Rights! Alderson DOES NOT have wheel chair access and I am on a walker so therefore I am denied access to facilities such as the

## IV. Statement of Claim (continued):

Legal Library, Chapel, Commissary, and most of all health service Dept. And Psychology Dept. also. I have been threatened by BOP staff (The Captain Mr. Meeghagen) He was going to teach me a lesson if I did NOT shut my mouth and stop my attorney from calling in here asking questions! Psychology Department was also asked to falsify documents on myself and Kimberly goodson to state we were suicidal and homicidal. Psychology Department told both of the inmates they wanted no part of such an act and valued their jobs and career. I am in desperate need of health care for my knees and diabetes. After approching health care staff for needed care I was locked up in the suicide room for several days with out reading materials and or adequate access to telephone, personal property, and shower and bathroom facilities without someone present while I used the bathroom This is clearly cruel and unusual punishment and violates my Eighth Amendment Rights.

## V. RELIEF

**State briefly exactly what you want the court to do for you.** Make no legal arguments. Cite no cases or statutes.

I am asking that the court see fit to allow me to do the remainder of my incarceration on home confinement. Since the BOP refuses to sent me to an adequate facility for medical care of serious medical needs and or treatment. BOP staff refuses my needed pain medications. At home I could provide the adequate needed medical care I desperate needed.
I could go to my family doctors who would not have to refer to a medical book concerning my medical needs and concerns. They were already familiar with my medical needs and concerns. I am also asking for punitive damage for the emotional distress I have suffered at the hands of these BOP Officials.

## V. Relief (continued)

_____

_____

_____

_____

_____

### VII. Counsel

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes  XX           No____

If so, state the name(s) and address(es) of each lawyer contacted:

Craig Sokolow LLM
236 South 21st Street,
Philadelphia, PA 19103

If not, state your reasons: _____

_____

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ____           No XXX

If so, state the lawyer's name and address:

_____

_____

Signed this 24 day of April, 2006.

*Francis A. Nekvasil*

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2006
               (Date)

*Francis A. Nekvasil*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

Francis Nekumahi, Tiona Kunyga,
Reg No 1505-040 Federal Prison Camp
P.O. Box H
Alderson, WV 24910.

United States District Court
Southern District of West Virginia
Office of the Clerk
P.O. Box 4128
Bluefield, West Virginia 24702